FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FEB 1 2 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:08cr35-WKW__ |
| | ) | [21 USC 841(a)(1)] |
| TREMAYNE JEROME BIBB | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 26, 2007, in Montgomery County, within the Middle District of

Alabama,

TREMAYNE JEROME BIBB,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute a

mixture or substance containing a detectable amount of cocaine hydrochloride or "powder" cocaine,

a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about July 17, 2007, in Montgomery County, within the Middle District of Alabama,

TREMAYNE JEROME BIBB,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 50

grams or more of a mixture or substance containing a detectable amount of cocaine base or "crack"

cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section

841(a)(1).

A TRUE BILL:

Foreperson

Verne H. Speirs
Assistant United States Attorney

2