IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| vs. | * | CASE NO. 2:08-cr-00035-WKW-SRW |
| | * | |
| TREMAYNE J. BIBB, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

COMES NOW, Winston D. Durant, and hereby files this Notice of Appearance on behalf of Defendant Tremayne J. Bibb in the above-styled action pursuant to Local Rule 44.2.

Respectfully Submitted this 11th day of June, 2008.


/s/ *Winston D. Durant*
WINSTON D. DURANT (DUR004)
1145 South Perry Street
Montgomery, AL 36104
(334) 263-2666 phone
(334) 263-0791 fax


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of same to: Verne Speirs (verne.speirs@usdoj.gov) this the 11th day of June, 2008.


/s/ *Winston D. Durant*
Winston D. Durant