IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08cr35-WKW |
| | ) | |
| TREMAYNE JEROME BIBB | ) | |

## ORDER

Defendant, TREMAYNE JEROME BIBB, has not been arraigned on the pending indictment.  Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for June 16, 2008 at 3:15 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street , Montgomery, Alabama.

The United States Marshal is DIRECTED to produce for the defendant for the arraignment.

Done, this 11th day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE