IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| vs. | * | **CASE NO.  2:08-cr-00035-WKW-SRW** |
| | * | |
| **TREMAYNE J. BIBB,** | * | |
| | * | |
| **Defendant.** | * | |

### MOTION TO CONTINUE ON BEHALF OF DEFENDANT

COMES NOW, Tremayne J. Bibb, Defendant in the above-styled cause and hereby files this Motion to Continue the trial date. In support thereof, Defendant states as follows:

1. Defendant has recently determined to enter plea negotiations and cooperate with the prosecuting authority.

2. The Assistant United States Attorney and the undersigned are engaged in active plea negotiations at this time and desire the opportunity to pursue those negotiations fully.

3. The Assistant United States Attorney and the undersigned have agreed to set up a proffer within one week of the filing of this motion.

4. As a result thereof, Defendant moves this Honorable Court to continue the trial date currently scheduled for August 18, 2008.

5. The Assistant U.S. Attorney has no objection to the granting of this motion.

WHEREFORE, the foregoing premises considered, the Defendant respectfully requests that the August 18, 2008 trial date be continued.

Respectfully Submitted this 6th day of August, 2008.

/s/ *Winston D. Durant*
WINSTON D. DURANT (DUR004)
1145 South Perry Street
Montgomery, AL 36104
(334) 263-2666 phone
(334) 263-0791 fax

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Motion to Continue on Behalf of the Defendant* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of same to: Verne Speirs (verne.speirs@usdoj.gov) this the 6th day of August, 2008.

/s/ *Winston D. Durant*
Winston D. Durant

2